Case 2:25-cv-01423-JHE   Document 26   Filed 07/29/25   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADENIKE ADENIYIH | § § § |
| VS | § § CIVIL ACTION NO. 4:24CV4264 |
| CONTINUUMRX, INC.. | § § § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion to Dismiss Plaintiff's Amended Complaint or in the Alternative Transfer Venue (Doc. No. 19), and Judge Dena Hanovice Palermo's Report and Recommendations (Doc. No. 24) that the Court deny the Defendant's Motion to Dismiss Plantiff's Amended Complaint and grant the Defendant's Motion to Transfer. Plaintiff timely filed Objections (Doc. No. 25).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Report and Recommendation and agrees with the Magistrate Judge's conclusion that Defendant's Motion to Dismiss Plaintiff's Amended Complaint be denied and Defendant's Motion to Transfer be granted. Accordingly, it is hereby

ORDERED that the Plaintiff's Objections (Doc. No. 25) are OVERRULED; the Report and Recommendation (Doc. no. 24) is ADOPTED; and Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 9) is DENIED; and Defendant's Motion to Transfer to the Northern District of Alabama (Doc. No. 19) is GRANTED.

This case is transferred to the United States District Court for the Northern District of Alabama.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this 25th day of July, 2025.

Andrew S. Hanen
United States District Judge